motion for leave to file petition for writ of habeas corpus is denied.

No. 498. STEWART v. JOHNSTON. See *post*, p. 677.

No. 255. RODDEWIG, CHAIRMAN, ET AL. v. SEARS, ROE-BUCK & Co.; and

No. 256. RODDEWIG, CHAIRMAN, ET AL. v. MONTGOM-ERY WARD & Co., INC. January 13, 1941. State Tax Commission and Fred W. Nelson, present Chairman of the State Tax Commission, substituted as parties petitioners in the place and stead of Iowa State Board of Assessment and Review and Louis E. Roddewig, on motion of *Mr. John E. Mulroney* for the petitioners.